UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.                                                        1:25-mj-211

JAEL WATTS,

                      Defendant.

---

DANIEL J. STEWART
U.S. MAGISTRATE JUDGE

## ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

      Because the above-named person has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel; and (2) does not wish to waive counsel, and because the interests of justice so require;

      It is hereby **ORDERED** that:

      The Office of the Federal Public Defender for the Northern District of New York is assigned representation of the above-named Defendant.

Dated: July 21, 2025

                                                            Daniel J. Stewart
                                                            U.S. Magistrate Judge